**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JANET D. BELL | CIVIL ACTION NO. 04-2380 |
| versus | JUDGE HICKS |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision to deny benefits is **REVERSED** and this case is **REMANDED** to the agency pursuant to the fourth sentence of 42 U.S.C. §405(g) for further proceedings in accordance with this court's findings.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 29th day of December, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE